IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICKIE LOUISE MCCORD | ) |
| | ) |
| v. | ) NO. 3:09-0216 |
| | ) JUDGE CAMPBELL |
| CARMEN MCCORD | ) |

ORDER

Plaintiff filed this action asking the Court to declare that she is the owner of the proceeds of a certain life insurance policy issued by Unicare Life & Health Insurance Company, Inc.("Unicare"). For the reasons stated in the accompanying Memorandum, the Court finds, pursuant to 28 U.S.C. § 2201, that Plaintiff Vickie Louise McCord is the owner of the proceeds of the subject life insurance policy. The Clerk is directed to deliver to Plaintiff's counsel the total proceeds of $62,500 which were interpled and paid into the Court by Unicare. *See* Docket No. 24.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE